UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| TIMOTHY ARMSTRONG, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-00036 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| KELSEY WILLOUGHBY and | ) | |
| CRAIG D'APOLITO, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Plaintiff, an inmate at the Maury County Jail in Columbia, Tennessee, brings this *pro se* action under 42 U.S.C. § 1983. (Docket No. 1). The Plaintiff has submitted an application to proceed *in forma pauperis*. (Docket No. 2).

The Plaintiff's application to proceed *in forma pauperis* is defective because he has not provided a certified copy of his inmate trust fund account statement for the six (6) month period immediately preceding the filing of his complaint as required by 28 U.S.C.§ 1915(a)(2). Therefore, the Plaintiff shall submit to the court within thirty (30) days of the date of service of this order **either** a certified copy of his inmate trust fund account statement for the six (6) month period immediately preceding the date that he receives this order, **or** the full three hundred fifty dollar ($350.00) filing fee.

The Plaintiff is forewarned that, if he does not comply with this order within the time specified, the court is required to presume that he is not a pauper, assess the full amount of filing fee, and order the case dismissed for want of prosecution. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). If the case is

dismissed under these circumstances, it will not be reinstated to the court's active docket despite any subsequent correction of the documentary deficiency, or payment of the filing fee. *Id.*

An extension of time to submit the required six (6) month statement, or to pay the $350.00 filing fee, may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order. *Id.* at 605; *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Rule 24, Fed. R. App. P.

The Court notes that the Plaintiff states he is having trouble obtaining certain documents and notarization from jail officials. (Docket No. 1). In that event, the Plaintiff should outline his attempts at complying with the court's order in lieu of submitting the certified inmate trust fund account statement, providing specific dates and information.

It is so **ORDERED**.

**ENTERED** this the ___1st___ day of ___June___, 2011.

William J. Haynes, Jr.
United States District Judge